# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-3060**          September Term, 2023

1:22-cr-00096-CKK-2

Filed On: May 20, 2024 [2055239]

United States of America,

    Appellee

    v.

Jonathan Darnel,

    Appellant

## O R D E R

The notice of appeal was filed on May 15, 2024, and docketed in this court on May 20, 2024. Appellant has been allowed by the district court to prosecute the appeal without prepayment of costs. It is, on the court's own motion,

**ORDERED** that

    Mr. Christopher Michael Davis
    Davis & Davis
    1350 Connecticut Avenue, NW
    Suite 202
    Washington, DC 20036

a member of the bar of this court, be appointed to represent appellant.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

           BY:    /s/
                   Lynda M. Flippin
                   Deputy Clerk

The following forms and notices are available on the Court's website:

Attachments for Appointed Counsel Only:
    Entry of Appearance Form
    Instructional Cover Letter to Appointed Counsel